IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM            MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Miller, et al. v. Ethicon, Inc., et al.*       Civil Action No. 2:12-cv-02942

ORDER

On July 20, 2017, I entered an Order Adopting Memorandum Opinion and Order (*Daubert* ruling re: Maria Abadi, M.D.) in, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, 2:12-md-2327 and directed the Clerk to file the Order in the Ethicon Wave 3 cases identified in the Exhibit attached to the Order. For reasons appearing to the court, it is **ORDERED** that the July 20, 2017, order [ECF No. 76] is **VACATED** for this civil action only.

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 26, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE